UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-03652 PA (MARx) | Date | June 7, 2021 |
|---|---|---|---|
| Title | William Pavlu v. Universal Television LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS

     The Court has received the parties' joint 26(f) report and finds that a scheduling conference is not necessary. Dates set by the Court in this action are listed in the "Schedule of Trial and Pretrial Dates" attached to this order. The dates set by the Court are firm dates. Absent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, the Court will not modify these dates. The scheduling conference currently on calendar for June 21, 2021 at 10:30 a.m. is hereby vacated, and the matter taken off calendar.

     The Court notes that the parties estimate that trial will consume between 5 and 14 trial days. It is the Court's practice to impose limits on the length of civil trials. Based on the Court's current understanding of this action, the parties are highly unlikely to have as much time to try this case as they appear to anticipate.

     Pursuant to the agreement of the parties, this matter has been referred to private mediation. The parties have fourteen (14) days to select a mediator who has no conflicts and is otherwise available to act as the settlement officer in this matter. If the parties are unable to agree on a mediator, each side shall submit to the Court the name of a mediator who agrees to act as the settlement officer. The Court will then randomly select the settlement officer.

     IT IS SO ORDERED.

Schedule of Trial and Pretrial Dates

| CASE NO.: | CV 21-03652 |
|---|---|

**PARTIES:** William Pavlu
-v-
Universal Television LLC

**COMPLAINT FILED:** 03/26/21

| TRIAL TYPE: | Jury |
|---|---|

SETTLEMENT CHOICE:
Court/Magistrate
Court's Mediation Panel
Private Dispute Resolution    X
Judicial Settlement Panel

| DATE | MATTER |
|---|---|
| 05/10/22 | Jury Trial at 9:00 a.m. |
| 05/05/22 | File Final Trial Exhibit Stipulation |
| 05/02/22 | Hearing on Motions in Limine at 1:30 p.m.<br>Hearing on Disputed Jury Instructions at 1:30 p.m. |
| 04/15/22 | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case |
| 04/01/22 | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Joint Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc. |
| 03/14/22 | Last Date to Conduct Settlement Conference |
| 03/07/22 | Last Day for Hearing Motions |
| 02/28/22 | Discovery Cut-off |
| 09/13/21 | Last Day for Hearing on Motion to Amend Pleadings or Add Parties |