JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PAVLU, an individual,<br>　　　　　　Plaintiff,<br>vs.<br><br>UNIVERSAL TELEVISION, LLC, a New York Limited Liability Company; and DOES 1-100,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-03652-PA (MARx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

　　　Before the Court is the Joint Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of Plaintiff William Pavlu and Defendant Universal Television, LLC.

　　　Having considered the Stipulation, the Court finds that the Stipulation should be GRANTED.

　　　IT IS THEREFORE ORDERED that:

　　　The above-captioned case is hereby dismissed in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), WITH PREJUDICE.

IT IS SO ORDERED

Dated   October 28, 2021

_____
United States District Judge

---

-1-

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL